CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>V.<br>**Jabari Kaleem Mims**<br>DOB: 2006; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**26-04358MJ** |

Complaint for violations of 8 U.S.C. §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 U.S.C. § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about March 28, 2026, in the District of Arizona, **Jabari Kaleem Mims**, knowing or in reckless disregard that certain aliens, including Rosa Ana Castro-Reyes, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**
**COUNT 2 (Misdemeanor)** On or about March 28, 2026, in the District of Arizona, **Jabari Kaleem Mims**, knowing that certain illegal aliens, including Rosa Ana Castro-Reyes, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18, United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On March 28, 2026, in the District of Arizona (Sonoita), Border Patrol agents (BPAs) were notified by the Tactical Operations Center (TOC) that a law enforcement system had detected a possible entry of one illegal alien (IA) climbing over the fence in Wash 25. The TOC was unable to locate the suspected IA with cameras but was actively searching the area. At approximately 12:35 p.m., the TOC relayed over the service radio that a white Hyundai Sonata was traveling southbound on South Paloma Trail at a high rate of speed. The TOC observed that it made a quick turnaround, heading back northbound within one minute. While traveling northbound, the Hyundai Sonata failed to stop at the stop sign at the intersection of Paloma Trail and State Route (SR) 92. Paloma Trail is a rarely travelled dirt road that dead ends approximately one mile north of the International Boundary Barrier (IBB) off SR 92. This road is commonly used in smuggling attempts because of its proximity to the IBB and the remote nature of the area with few residences. The TOC continued to observe the Sonata via Border Patrol cameras and send updates to agents in the field as the Sonata drove north on Hereford Road. As the Sonata passed BPAs, the driver, later identified as **Jabari Kaleem Mims**, hit his brakes and then took off again at a speed well above the posted speed limit of 45 mph. BPAs followed the Sonata for further investigation. A records check on the Sonata's Arizona license plate showed the vehicle was registered out of Phoenix to an Easy Go Rental company. BPAs initiated a vehicle stop to conduct an immigration inspection on the occupants. As BPAs approached the vehicle, the rear driver side door opened and the passenger dressed in camouflage, later identified as Rosa Ana Castro-Reyes, attempted to flee on foot. BPAs quickly approached the rear of the vehicle, and Castro-Reyes stayed in the vehicle and closed the door.
**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Rosa Ana Castro-Reyes

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent<br>Nick Piccolo |
|---|---|

Sworn by telephone _X_

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 30, 2026 |
|---|---|

1) See Federal Rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Price

26-04358MJ

**Continued from previous page.**

During an immigration inspection, Castro-Reyes admitted to being a citizen and national of Mexico. Record checks revealed Castro-Reyes does not possess the proper documentation to enter, pass through, or remain in the United States legally. **Mims** was then arrested and advised of his *Miranda* rights. Extra camouflage clothing was found in the back seat of the Sonata. BPAs asked **Mims** who the camouflage clothing belonged to and **Mims** admitted to picking up at least one other IA the day before in the same area and being paid $600 to drop that IA off at a location in Phoenix. **Mims** stated that he organized the smuggling attempts utilizing his cellphone and the WhatsApp application.

Material Witness Rosa Ana Castro-Reyes stated she is a citizen and national of Mexico and a family member arranged for her to be smuggled into the United States by paying a $1,000 up front with an unknown additional amount to be paid in the future. Castro-Reyes stated two guides from Mexico helped her over the IBB and guided her north by phone. She waited for approximately two hours until a vehicle stopped where she was waiting. The driver waved to her to get in. She got in the back seat of a white four door car. She was wearing camouflage clothes when she got in the car. She was sure it was the right vehicle as they drove off. Shortly after, the vehicle was stopped by BPAs.

After waving his *Miranda* rights, **Mims** stated that last night around 2:00 a.m. he drove to Bisbee, Arizona, to wait to pick up some people. He stated that he had picked up people under the same circumstances on possibly two other occasions. He stated he would be paid $600 to drive people from the border area to Phoenix Arizona. He stated that the coordinator was telling him whom to pick up and giving him the locations. He stated he was paid in Phoenix for the smuggling. He stated he was recruited on a Facebook Marketplace ad looking for drivers. He stated that once he got to the GPS location sent to him by a smuggling coordinator, it was "common sense" that they were the person he was sent to pick up.